# EXHIBIT B

# SEX TOYS

## HARDWARE
### [GOO]D THING

...g Martha [R]eddit Ask Me [Int]erview, a user [asked] on cleaning [a ha]rness for a [dil]do. The do[mina]l's sly reply? ["...]a dildo?"

## BURNING UP
### FOR YOUR (SELF) LOVE

- While filming a scene with a Hitachi Magic Wand vibrator, porn star Missy Martinez burns her hands when the popular device starts shooting sparks. Luckily the rest of her is spared.



MARTHA STEWART

MISSY MARTINEZ

127